IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| JOSHUA CLARK,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>               Defendant. | CV 20-106-M-DLC-KLD<br><br><br>ORDER OF RECUSAL |

I hereby recuse myself from all further proceedings in this action. The Clerk of Court is directed to notify Chief Judge Brian M. Morris of this Order for referral of this case to another Magistrate Judge, if appropriate.

IT IS ORDERED.

DATED this 13th day of July, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge