IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSHUA CLARK,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>  Defendant. | CV 20–106–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal of their claims against Defendant State Farm Fire and Casualty Company pursuant to Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED this 21st day of January, 2021.

_____
Donald W. Molloy, District Judge
United States District Court